JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE RITENOUR, individually, and on behalf of other members of the general public similarly situated; CHERYL WEISER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:16-CV-02011-CJC-DFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [68]**<br><br>Judge: Hon. Cormac Carney<br>Dept.: 9B<br><br>Complaint Filed: September 30, 2016<br>FAC Filed: January 19, 2017<br>SAC Filed: February 2, 2017<br>Trial Date: September 20, 2019 |

Pursuant to the parties' joint stipulation, the above-entitled action is dismissed in its entirety. The dismissal is with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of any putative class members. *See* Fed. R. Civ. P. 23(e); Rule 23 Advisory Committee Notes, 2003 Amendments (requiring court approval only if the claims "of a *certified class* are resolved by a settlement, voluntary dismissal, or compromise"). Plaintiffs are not prevailing parties and the parties will bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: December 19, 2018

_____
The Honorable Cormac A. Carney
United States District Judge